

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-19-00864-CV

**IN THE ESTATES OF** Maria G. **STOLL** and Richard M. Stoll, Deceased

From the Probate Court No. 2, Bexar County, Texas
Trial Court No. 2017-PC-3675
Honorable Veronica Vasquez, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE MARTINEZ, AND JUSTICE ALVAREZ

In accordance with this court's opinion of this date, this appeal is DISMISSED. Each party shall bear their respective costs. *See* TEX. R. APP. P. 42.1(d).

SIGNED January 8, 2020.

Sandee Bryan Marion, Chief Justice